(127 So. 927)

**Fernando WHITLOCK v. STATE.**

**8 Div. 22.**

Court of Appeals of Alabama.
March 18, 1930.

BRICKEN, P. J.

This appeal is from a judgment of conviction pronounced and entered against this appellant; said judgment being based upon his conviction by the jury of the offenses charged against him in the indictment containing two counts. The first count charged him with distilling, making, or manufacturing alcoholic, spirituous or malt liquors, etc. And the second charged him with the unlawful possession of a still, etc., to be used for that purpose. The judgment was suspended pending appeal to this court, and we note that the amount of the appeal bond was fixed by the court at $2,500.

The appeal here is upon the record proper. There is no bill of exceptions, thus rendering the regularity of the record the only question for consideration by us.

An examination of this record discloses no irregularity or error, and, being regular in all things, the judgment of conviction from which the appeal was taken will stand affirmed.

Affirmed.

(128 So. 927)

**J. T. WHITWORTH v. STATE.**

**8 Div. 137.**

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Affirmed.

(121 So. 926)

**John WIGGINS v. STATE.** (8 Div. 706.)

Court of Appeals of Alabama. April 9, 1929.

BRICKEN, P. J. This appeal is from a judgment of conviction for the offense of violating the prohibition law. There is no bill of exception, and, as the record proper is

without error, the judgment of conviction, from which this appeal was taken, will stand affirmed.

Affirmed.

(126 So. 927)

**T. J., alias Jodie, WIGLEY v. STATE.**

**7 Div. 571.**

Court of Appeals of Alabama.
Feb. 11, 1930.

J. A. Johnson, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

There is but one question of merit presented by this record, to wit, the refusal of the court to grant the defendant's motion for a new trial on the ground that the verdict of the jury was contrary to the great weight of the evidence.

As to the guilt vel non of the defendant, there was little dispute, and, as to the venue, the evidence was in such conflict as to make that a question for the jury. We will not disturb their finding. There is no error, and the judgment is affirmed.

Affirmed.

(122 So. 926)

**H. B. WILBANKS v. STATE.** (8 Div. 822.)

Court of Appeals of Alabama. May 28, 1929.

SAMFORD, J. Affirmed.

(122 So. 926)

**George WILKINSON v. STATE.** (5 Div. 692.)

Court of Appeals of Alabama. Jan. 22, 1929.
Rehearing Denied April 30, 1929.

Chas. S. Moon, of La Fayette, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of manufacturing whisky. There is no bill of exceptions, and, the record being free from error, the judgment is affirmed.